IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:22CR162 |
| vs. | ) | |
| JAKE BRIAN SPIEGEL, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant Jake Brian Spiegel's Unopposed Motion to Continue Trial [58]. For the reasons set forth in the motion, the undersigned finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [58] is granted, as follows:

1. The jury trial, **as to both defendants**, now set for April 18, 2023, is continued to **May 23, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 23, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: April 3, 2023

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**