IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:22CR162 |
| vs. | ) ) ) | |
| CHERYL ANN GONZALES, | ) ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant Cheryl Ann Gonzales's Amended Motion to Continue Trial [62]. Counsel needs additional time for plea negotiations. The court has been advised the co-defendant has no objection to the motion. The undersigned finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [62] is granted, as follows:

1. The jury trial, **as to both defendants**, now set for May 23, 2023, is continued to **July 18, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 18, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

4. Unopposed Motion to Continue Trial (Filing 61) is denied as moot.

DATED: May 9, 2023

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge